IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DANIEL BERBERENA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. **03-557-MJR** |
| ) | |
| **C/O PESQUINO, SGT. TIME FLETCHER,** ) | |
| **LT. WALKER, C/O BAKER, SGT.** ) | |
| **CARTER, JOHN DOE, UNKNOWN** ) | |
| **GALLERY OFFICERS, and UNKNOWN** ) | |
| **SEGREGATION OFFICERS,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is Plaintiff's Motion to Overrule Objection to Subpoena. **(Doc. 27)**. Defendants have file a response. **(Doc. 28)**.

Plaintiff served a subpoena seeking production of reports of investigations performed by the Illinois State Police and the IDOC, including copies of photographs taken of plaintiff. Defendants' response indicates that the issues raised in the motion have been resolved.

Upon consideration and for good cause shown, Plaintiff's Motion to Overrule Objection to Subpoena **(Doc. 27)** is **DENIED as moot**.

**IT IS SO ORDERED.**

**DATED: May 12, 2005.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U.S. MAGISTRATE JUDGE**