IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DANIEL D. BERBERENA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | NO. 03-557-CJP |
| ) | |
| **C/O PASQUINO, TIM FLETCHER,** ) | |
| **LT. WALKER, C/O BAKER, SGT. CARTER** ) | |
| **and UNKNOWN PARTY,** ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

Defendants JOHN DOE UNKNOWN GALLERY OFFICERS and UNKNOWN SEGREGATION OFFICERS were dismissed on 11/10/04 by an Order entered by Judge Michael J. Reagan (Doc. 20).

Defendant SGT. CARTER was dismissed on 2/23/06 by an Order entered by Judge Michael J. Reagan (Doc. 42).

Judgment is entered in favor of defendants **JOHN DOE UNKNOWN GALLERY OFFICERS AND UNKNOWN SEGREGATION OFFICERS** and **SGT. CARTER** and against plaintiff **DANIEL BERBERENA**, in accordance with Orders (Docs. 20 and 42).

The remaining defendants came before this Court for jury trial. The issues have been tried and the jury has rendered its verdict.

Judgment is entered in favor of plaintiff **DANIEL BERBERENA** and against defendant

**ERIC PASQUINO** in the amount of five thousand dollars ($5,000.00) for punitive damages and one dollar ($1.00) for compensatory damages for a total of five thousand and one dollars ($5,001.00); and in favor of defendant **TIM FLETCHER** and against plaintiff **DANIEL BERBERENA** in accordance with Jury Verdict (Doc. 79).

Judgment is entered in favor of defendant **ROBERT WALKER** and against plaintiff **DANIEL BERBERANA**, in accordance with Jury Verdict (Doc. 80).

Judgment is entered in favor of defendant **STEPHEN BAKER** and against plaintiff **DANIEL BERBERENA**, in accordance with Jury Verdict (Doc. 81).

**DATED** this 21st day of November, 2006

                                             **NORBERT G. JAWORSKI, CLERK**

                                             **BY: S/ Angela Vehlewald**
                                                           **Deputy Clerk**

**Approved by   S/ Clifford J. Proud**
               **United States Magistrate Judge**
                       **Clifford J. Proud**